**DISMISS; and Opinion Filed October 2, 2014,**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01240-CV

## IN RE CHRISTOPHER LOUIE SMITH, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-80568-2014**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relator filed this petition for writ of habeas corpus requesting that the Court order him released pursuant to article 17.151 of the Texas Code of Criminal Procedure. The intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. TEX. GOV'T CODE ANN. § 22.221; TEX. CODE CRIM. PROC. ANN. art. 11.05. Accordingly, we **DISMISS** the petition for lack of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

141240F.P05